NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STATE OF FLORIDA,                    )
                                     )
       Appellant,                )
                                     )
v.                                   )        Case No. 2D17-4360
                                     )
JONATHAN E. JONES,                   )
                                     )
       Appellee.                 )
_____      )

Opinion filed August 29, 2018.

Appeal from the Circuit Court for Pinellas
County; Michael F. Andrews, Judge.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Linsey Sims-
Bohnenstiehl, Assistant Attorney General,
for Appellant.

Howard L. Dimmig, II, Public Defender
and Robert D. Rosen, Assistant Public
Defender, Bartow, for Appellee.

PER CURIAM.


       Affirmed.


VILLANTI, SLEET, and LUCAS, JJ., Concur.